1028

[Nos. 21682-9-III; 22526-7-III.   Division Three.   January 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS STANKO
MARKS, *Appellant.*

*In the Matter of the Personal Restraint of* THOMAS STANKO
MARKS, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00075-9, Michael E. Donohue, J., entered December 13, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kato, C.J., concurred in by Brown J., and Thompson, J. Pro Tem.

[No. 22658-1-III.   Division Three.   January 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVINITA J. STUART,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01490-0, Kathleen M. O'Connor, J., entered December 19, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 22805-3-III.   Division Three.   January 31, 2006.]

*In the Matter of the Marriage of* MARY M. JOHNSON,
*Appellant,* and WILSON W. JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-3-02603-0, David Frazier, J., entered January 28, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.